IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE APPLICATION OF :
UNITED STATES OF AMERICA FOR :
AN ORDER AUTHORIZING THE : MAG. NO. 15-00072-B
INSTALLATION AND USE OF PEN :
REGISTERS AND TRAP AND TRACE :
DEVICES :

## ORDER

This matter is before the Court on the United States' Motion to Seal Amended Application for Authorization of Installation and Use of Pen Register and Trap and Trace Devices, and Order granting the Amended Application. The Court, after having considered the motion and finding that the best interests of the case will be served by sealing the above-referenced documents for sixty (60) days, ORDERS that the Amended Application and Order granting the Amended Application be sealed for sixty (60) days.

At the end of sixty (60) days, the Clerk is DIRECTED to unseal the above-referenced documents unless the Government has filed a new motion seeking to have the documents remain under seal.

DONE this the 12th day of August, 2015.

/S/ SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE